UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DAJUAN YATES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>M.D. BITER, WARDEN,<br><br>　　　　Respondent. | CASE NO. ED CV 11-365-PSG (PJW)<br><br>J U D G M E N T |

　　Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

　　DATED:　　　August 1, 2011　　　　　　　　　.

　　　　　　　　　　　　　　　　/s/ Philip S. Gutierrez
　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd